**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Washington, D.C.**

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities, RAJ K. PATEL'S UNBORN CHILDREN, BROWNSBURG COMMUNITY SCHOOL CORPORATION, EMORY UNIVERSITY, and PARTS OF THE UNIVERSITY OF NOTRE DAME LAW SCHOOL, <br><br> *Plaintiffs* <br><br> v. <br><br> THE UNITED STATES, THE PRESIDENT OF THE UNITED STATES, THE HONORABLE DONALD J. TRUMP, President of the United States, in all capacities, THE UNITED STATES SUPREME COURT, THE HONORABLE AMY C. BARRETT, Associate Justice of the United States Supreme Court, in all capacities, JUSTICE AMY BARRETT'S PERSON WITH PRESIDENT DONALD TRUMP, in all capacities, THE UNITED STATES DEPARTMENT OF EDUCATION, THE TRUMP FAMILY, THE TRUMP ESTATE, BARRON TRUMP, a child of President Trump and First Lady Melina Trump, THE TRUMP TRUST, EMMA BARRETT, a child of Justice Amy Barrett and Jesse Barrett's Kid, VIVIAN BARRETT, an Adopted Child of Justice Amy Barrett and Professor Jesse Barrett's Kid, TESS BARRETT, a child of Justice Amy Barrett and Professor Jesse Barrett's Kid, JOHN PETER BARRETT, an Adopted Child of Justice Amy Barrett and Professor Jesse Barrett's Kid, LIAM BARRETT, a child of Justice Amy Barrett and Professor Jesse Barrett's Kid, JULIET BARRETT, a child of Justice Amy Barrett and Professor Jesse Barrett's Kid, BENJAMIN BARRETT, a child of Justice Amy Barrett and Professor Jesse Barrett's Kid, THE BARRETT ESTATE, and THE BARRETT TRUST, <br><br> *Defendants* | Case: 1:25−cv−03873 JURY DEMAND <br> Assigned To : Unassigned <br> Assign. Date : 11/4/2025 <br> Description: Pro Se Gen. Civ. (F−DECK) <br><br> No. _____ <br><br><br> Dated: November 4, 2025 |

**RAJ K. PATEL'S PRO SE COMPLAINT**

RECEIVED
NOV 04 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

This *pro se* complaint arises under federal question jurisdiction and comes with supplemental jurisdiction.

**BACKGROUND**

1. Plaintiff Patel incorporates paragraphs above and under.

2. In 1990, Defendant Donald J. Trump is interviewed and photographed in *Playboy* Magazine, and Defendant Trump feels the "shame" of keeping clothes on during a porn shot.

3. Defendant now-Associate Justice Amy C. Barrett receives an A- in her French course at Rhodes College. Ex. 1.

4. Defendant Barrett attends the Notre Dame Law School, which is regulated under the Board of Trustees' grade normalization policy, inspired by the College Board's SAT test that standardizes and makes indistinguishable the classes of persons, i.e. as constituted in Harvard University.

5. In 2001-2002, while in the 4th grade, Plaintiff Patel determines he is a victim of terrorism.

6. Defendant Barrett joins the Notre Dame Law School faculty in 2002.

7. Plaintiff Patel makes several porn videos and publishes them on Myspace and video hosting channels in which he engages in graphic, pornographic acts, with 100% of his clothes off, for several minutes and garners over 100,000 views in 2006 while a minor. Plaintiff Patel rightfully changes his stage name to "The First Indian-American Porn Star," constituting the first American of natural-born birth and of South Asian- and Indian-descendent to star in a porn video.

8. Plaintiff Patel becomes the student government president of his high school and student body president of Brownsburg Community School Corporation in 2009.

9. Harvard University declines Plaintiff Patel's superior application to the qualifications intended.

10. In 2010, Plaintiff Patel graduates from his Indiana high school, while Defendant Barrett became a full professor at the Notre Dame Law School in the same state.

11. In 2013, Plaintiff Patel was elected student government president of Emory University, Inc.

12. In 2014, Plaintiff Patel graduates from a more prestigious, superior undergraduate university than Defendant Barrett's college.

13. Later in 2014, Plaintiff Patel receives an offer for an appointment for a federal judgeship.

14. Plaintiff Patel rejects his offer for the federal bench within four (4) weeks.

15. It is alleged that Defendant Barrett either has or intends to have a legal person with Defendant- and prospective-President Trump and other Defendants.

16. In 2015, Plaintiff Patel is awarded the ICLEO Scholarship.

17. Plaintiff Patel accepts admissions to the Notre Dame Law School.

18. Plaintiff Patel sues the United States and the President of the United States for damages for breach of contract.

19. The Defendants, via the United States Court of Federal Claims and the United States District Courts, deny the existence of contract or agreement.

20. Former Dean and Professor Patricia O'Hara of the Notre Dame Law School recommends then-nominee and now-Justice Defendant Barrett to the United States Senate Committee on the Judiciary.  Ex. 2.

21. Defendant Barrett has her investiture at the Notre Dame Law School.

22. Plaintiff Patel was not re-admitted to the Notre Dame Law School after several re-admissions applications, due to instructions from Defendants and the chartering state.

23. Plaintiff Patel is convinced that he is a victim of unconstitutional foul play from Defendants.

24. From 2001 to present, Defendants stop, control, and involuntarily restrict Plaintiff Patel from filing clear, timely lawsuits against them.  Complaints remain timely.

25. *The Washington Post* interviews Plaintiff Patel.

26. Indiana Superior Courts rule they cannot provide a remedy to Plaintiff Patel for cases filed against the University of Notre Dame or against or for its state.

## FACTS

27. Patel incorporates paragraphs above and under.

28. Defendants are enraged because Patel rejects his federal judicial nomination invitation(s).

29. Defendants sabotage Plaintiff's life and influence him to involuntarily become obese, parodying *Mean Girls*, and concurrently trying to make Plaintiff Patel feel Defendant Trump's shame from 1990.

30. Defendants and other parties are served with numerous federal complaints for occurrences appertaining to breach of contract.

31. The Oval Office concludes that the contract with Plaintiff Patel presents significant risks and does not align with the strategic objectives for its regime.

32. Defendant Trump brings back the Republican dream to close down the United States Department of Education and "send it back to the states" in order to avoid fulfilling the contract with Plaintiff Patel and shield co-Defendants and other co-conspirators from executive liability.

33. Defendant Trump calls upon the third-world, like that of Elon Musk, to say that he is a good president and find excessive, unneeded taxpayer spending.

34. Plaintiff Patel learns that Justice Barrett claims to have been student body vice president, and Plaintiff Patel immediately questions the truth of her statement like that of other delegates to Washington, D.C.

35. Plaintiff Patel submits several complaints before the United States Department of Education Office of Civil Rights, and some remain pending.

36. Defendant(s) plan on dissolving the United States Department of Education to avoid loss of reputation via executive liability and solidify their worldview.

37. Everybody thinks Plaintiff Patel has injustice.

38. Nobody is with the courts or the Defendants in their opinions and other acts against Patel.

39. Everybody feels a social loss.

40. Defendant(s) formulate a plan to supersede the current Lockean Constitution and draft a new constitution and grant them "Excellent" titles in both domestic and foreign affairs.

41. The stress weapon is construable as a part of the censorship policies that have been invalidly allowed by the Defendant(s) and interfered with governmental handout(s).

## CLAIMS

### Abuse of Power

42. Patel incorporates paragraphs above and under.

43. Defendants, singularly and together, plan on dismantling the Department of Education via the process of lawmaking to avoid shame upon their offices and factions.

44. Defendants use of the lawmaking process was improper, by using law to "advance evasion" against local United States officials or person with higher titles, such as The Excellent, because law is not meant to advance evasion against local United States officials or persons with higher titles.

### Strict Liability – Conspiracy Against Rights, 18 U.S.C. §§ 241 *et seq*.

45. Patel incorporates paragraphs above and under.

46. Defendants engaged in conspiracy against Plaintiff Patel's privileges as The First Indian-American Porn Star and the standard of his local United States offices.

47. Defendants engage in conspiracy against Plaintiff Patel's privileges of political free speech and freedom of expression.

**Intentional Infliction of Emotional Distress**

48. Patel incorporates paragraphs above and under.

49. Defendants engage in outrageous conduct by restricting Patel's constitutional liberties by omitting their responsibility against combatting terrorism in 2001-2002 and by using the lawmaking process to close down the bureaucracy, the Department of Education, with proficient jurisdiction to issue executive liability.

50. Defendants omitted intentional to cause distress to Patel and were in reckless disregard of their duties towards minor Patel.

51. Patel's communities find the Defendants' outrageous conduct and actions reprehensible.

52. Patel suffered from severe emotional distress inflicted by a detrimental stress weapon.

**Breach of Contract**

53. Patel incorporates paragraphs above and under.

54. Patel has damages from Defendants' breaches of contract with him.

**Strict Liability – Honest Services Fraud, 18 U.S.C. §§ 1346 *et seq*.**

55. Patel incorporates paragraphs above and under.

56. Defendants engaged in behavior, including sending instruction to the University of Notre Dame, with the conscious regard to benefit from kickbacks for their own personal advancement and agenda.

**Common Law Conspiracy**

57. Patel incorporates paragraphs above and under.

58. Defendants close down an executive department in order to escape liability from legal injuries inflicted on Plaintiff Patel.

59. Defendants fracture an executive department in order to escape liability from legal injuries inflicted on Plaintiff Patel.

### 5th Amendment Unconstitutional Deprivation of Property
### (Titles of Excellent)

60. Patel incorporates paragraphs above and under.

61. Plaintiff Patel is unconstitutionally, without due process, deprived the benefits of his excellent titles by being left under a stress weapon which is controllable by the Defendants.

### 5th Amendment Unconstitutional Deprivation of Property
### (Education)

62. Patel incorporates paragraphs above and under.

63. Plaintiff Patel is unconstitutionally, without due process, deprived the benefits of the honors, privileges, and rights that come along with his undergraduate degrees and denied him re-admissions to the University of Notre Dame Law School.

### 5th Amendment Unconstitutional Deprivation of Liberty
### (Titles of Excellent)

64. Patel incorporates paragraphs above and under.

65. Plaintiff Patel is unconstitutionally, without due process, deprived of his excellent titles, Ordered Liberty, by being left under Defendant's (s') controllable stress weapon.

### 5th Amendment Unconstitutional Deprivation of Liberty
### (Education)

66. Patel incorporates paragraphs above and under.

67. Plaintiff Patel is unconstitutionally, without due process, deprived of the honors, privileges, and rights that come along with his undergraduate degrees and denied him re-admissions to the University of Notre Dame Law School, both which are in Ordered Liberty.

### 5th Amendment Unconstitutional Deprivation of Property
### (Social Credit Score)

68. Patel incorporates paragraphs above and under.

69. Plaintiff Patel is unconstitutionally, without due process, deprived the benefits of his social credit score and the honors, privileges, and rights that come along with it.

### 5th Amendment Unconstitutional Deprivation of Property
### (Social Credit Score)

70. Patel incorporates paragraphs above and under.

71. Plaintiff Patel is unconstitutionally, without due process, deprived the enjoyment of his social credit score and the honors, privileges, and rights that come along with it.

### 5th Amendment Unconstitutional Deprivation of Liberty
### (Social Credit Score)

72. Patel incorporates paragraphs above and under.

73. Plaintiff Patel is unconstitutionally, without due process, deprived of his social credit scores, tracked and reported by the Defendants, varying sovereigns, and

foreign allies, that Patel has put an emphasis on for his self-worth and Ordered Liberties.

### 5th Amendment Unconstitutional Deprivation of Property
### (Name, Image, and Likeness)

74. Patel incorporates paragraphs above and under.

75. Plaintiff Patel is unconstitutionally, without due process, deprived the benefits and enjoyment and other property rights of his name, image, and likeness, also including but not limited to his physical body composition.

### 5th Amendment Unconstitutional Deprivation of Liberty
### (Name, Image, and Likeness)

76. Patel incorporates paragraphs above and under.

77. Plaintiff Patel is unconstitutionally, without due process, deprived of his Ordered liberties by his name, image, and likeness, also including but not limited to physical body composition.

### RELIEF SOUGHT

78. Patel incorporates paragraphs above and under.

79. Enter damages (actual, compensatory, punitive, restitution, reliance, consequential, and other damages) of $5,000,000,000 in favor of Plaintiff Patel.

80. Declaratory relief that Patel has been wronged and that Defendants should make sure that Patel is made whole again.

81. Any other remedy the court thinks proper.

Respectfully submitted,

/s/ Raj K. Patel

T.E. T.E. Raj K. Patel (*pro se*)
4330 Strathmore Lane
Zionsville, IN 46077

President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corporate sovereign 2013-present)
Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corporate sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director of Great Lakes Reigion, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

J.D. Candidate, Notre Dame L. Sch. (permanently withdrew)

## CERTIFICATE OF SERVICE

I, Raj K. Patel, certify that I filed the Complaint, along with its Exhibits A-E and Motion to Proceed Without Paying Court Fees, filed on November 4, 2025, and I certify that I provided notice of filing to the United States and courtesy notice to all parties listed below:


United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
pamela.bondi@usdoj.gov

U.S. Attn'y's Office for Dist. of D.C.
555 Fourth Street, NW
Washington, DC 20530
usadc.webmaster@usdoj.gov



Dated: November 4, 2025



        Respectfully submitted,

        /s/ Raj K. Patel
        T.E. T.E. Raj K. Patel (*pro se*)
        4330 Strathmore Lane
        Zionsville, IN 46077

# EXHIBIT 1



https://www.youtube.com/watch?v=0HMAHnT-y7c