# EXHIBIT A

From: Indiana Attorney General ag@subscription.in.gov
Subject: Attorney General Todd Rokita expands investigations of Notre Dame and Butler DEI Practices
Date: Aug 14, 2025
To:



## Attorney General Todd Rokita expands investigation of Notre Dame and Butler's DEI Practices

Attorney General Todd Rokita has issued Civil Investigative Demands (CIDs) to the University of Notre Dame and Butler University, seeking information about their DEI practices and potential state law violations after both universities failed to provide materials requested in May letters.

"Racial discrimination of any kind in educational settings violates fundamental moral and legal principles that are enshrined in state law," said Attorney General Rokita. "Nonprofit universities that flout those principles and pursue race-based DEI initiatives may jeopardize their nonprofit status or face other state law penalties."

These formal legal demands for documents aim to determine whether the universities are engaging in racially discriminatory practices that may violate their nonprofit statuses, the Indiana False Claims Act, or the Deceptive Consumer Sales Act.

"Notre Dame and Butler were given ample time to address the concerns of many by responding to questions about their DEI practices, but they failed to provide anything meaningful," said Attorney General Todd Rokita. "Just because the universities say they are complying with state law does not make it so. Publicly available materials in which the universities describe their race-conscious policies and practices are troubling and raise serious questions abut whether they treat their students, faculty, and staff differently based on race or skin color. On behalf of the people of Indiana, a full investigation is warranted to ensure that racial discrimination is not practiced in our institutions of higher education."

Materials posted on the universities' websites suggest that various aspects of Notre Dame's and Butler's operations may be governed by policies that treat individuals — including students, prospective students, faculty, staff and job applicants — differently based on the individuals' race or ethnicity; employ race in a negative manner when making admissions or hiring decisions; utilize racial stereotyping; or allocate university resources based on race.

"Treating people differently based on skin color has no place in our state. The universities' responses to our investigations will determine whether further action is needed to vindicate Indiana's commitment to equality," said Attorney General Rokita.

In May, DePauw University was also sent a letter concerning its DEI practices. According to Attorney General Rokita, a review of its response to his office's inquiry is still ongoing.

Read the letters to Notre Dame [here](#) and [here](#).

Read the letters to Butler [here](#) and [here](#).

A headshot of Attorney General Rokita is [available for download](#).

###

  

###
#

This email was sent by: Indiana Attorney General
200 W. Washington St., Indianapolis, IN, 46204 US

Privacy Notice

Manage Preferences     Unsubscribe