# EXHIBIT B

## IndyStar.

POLITICS

# Indiana AG Rokita steps up Butler, Notre Dame DEI investigations with new legal demands

 **Cate Charron**
Indianapolis Star

Updated Aug. 14, 2025, 12:59 p.m. ET

Indiana Attorney General Todd Rokita is demanding more information from the University of Notre Dame and Butler University as his office ramps up its pre-litigation investigation into whether the colleges' diversity, equity and inclusion practices are illegal.

Earlier this summer, Rokita's office sent letters to Notre Dame, Butler and DePauw University in which he requested a bevy of internal DEI information and argued such practices and policies are a form of racial discrimination. Now, in letters sent this month, Rokita is issuing a civil investigative demand, which is a legal tool the attorney general can use to collect information prior to litigation.

"On behalf of the people of Indiana, a full investigation is warranted to ensure that racial discrimination is not practiced in our institutions of higher education," Rokita said in a new release.

He said the two universities failed to "address in any meaningful way" the questions included in his initial request for information in May. In the release, he said publicly available materials are "troubling" and "raise serious questions" whether they are in compliance with discrimination law. DePauw's response to the office's request is still being reviewed, the release said.

In his Aug. 6 letter to Notre Dame — a Catholic university — Rokita said its religious mission does not give it "a license to discriminate on the basis of race, and the critically important First Amendment right to free exercise of religion."

Rokita was more scathing and explicit in his Aug. 13 letter to Butler, which doesn't have a religious affiliation.

"The state of Indiana has a 'fundamental, overriding interest in eradicating racial discrimination in education,'" Rokita's Butler letter reads. "I aim to vindicate that interest by helping ensure that institutions of higher education in our state do not practice racial discrimination of any kind in their admissions, hiring, or other functions."

His office is additionally investigating whether the univeristy has violated two consumer protection laws, the Indiana False Claims Act and the Deceptive Consumer Sales Act — threats that were not weighed against Notre Dame.

In a statement to IndyStar, Butler spokesperson Mark Apple said in a statement that the university is reviewing the attorney general's request and plans to respond.

"We stand by the response we submitted on June 27, which affirmed that Butler University does not treat individuals differently based on race or ethnicity," the statement reads. "We are committed to ensuring that our policies and practices comply with federal and state laws."

IndyStar has requested comment from Notre Dame.

Rokita is the first attorney general in the country to publicly threaten legal challenges using a university's nonprofit status over differences on "culture war" issues — following the lead of U.S. President Donald Trump's feud with Harvard University.

A flurry of recent federal and state executive orders seek to strip DEI from the government's vernacular. One particular Indiana law prohibits public institutions from taking actions based on an individual's "personal characteristic," such as race, religion, color or sex.

**Will Todd Rokita sue Notre Dame and Butler universities?**

These types of civil demands are typically a precursor to litigation, which Rokita has floated as a possibility.

Notre Dame must respond to the new demands by Aug. 27 and Butler by Sept. 3.

Rokita's assistant chief deputy, Blake Lanning, previously told IndyStar that the office could seek targeted court injunctions to halt policies and practices it believes to be illegal.

Nonprofit organizations such as these universities exist to provide a public benefit, Lanning said, and in turn, they receive tax benefits. If an organization's actions are antithetical to its purpose, he said, the attorney general's office has legal grounds to act.

However, the Indiana attorney general's powers are focused on operational changes, so the office cannot revoke a nonprofit's tax-exempt status and force an organization to pay state taxes, such as corporate income, property and sales taxes.

*The USA TODAY Network - Indiana's coverage of First Amendment issues is funded through a collaboration between the Freedom Forum and Journalism Funding Partners.*

*Have a story to tell? Reach Cate Charron by email at ccharron@indystar.com, on X at @CateCharron or Signal at @cate.charron.28.*