# EXHIBIT E

From: Indiana Attorney General ag@subscription.in.gov
Subject: Attorney General Todd Rokita and Governor Mike Braun update requirements for state contractors to make clear that discriminatory DEI practices are impermissible
Date: Aug 21, 2025 at 7:04:00 AM
To:



## Attorney General Todd Rokita and Governor Mike Braun update requirements for state contractors to make clear that discriminatory DEI practices are impermissible

*Attorney General Rokita is charged with reviewing/approving all state contracts and enforcing False Claims Act*

In keeping with his firm commitment to root out discriminatory "DEI" practices, Attorney General Todd Rokita is announcing that, for contracts signed on or after July 1, all state contractors must certify that they do not engage in DEI practices that treat people differently on the basis of race and sex when recruiting, hiring, promoting and conducting other employment activities.

The acronym DEI — although it stands for diversity, equity and inclusion — is often used as a cover for policies that violate state and/or federal civil rights laws.

"No one gets a free pass for unlawful discrimination just because they claim to have good intentions," Attorney General Rokita said. "Treating people differently in the workplace or at school based on race and sex is a destructive practice and illegal. We will continue to enforce the law against higher education institutions and working to eliminate this terrible Diversity, Equity, and Inclusion known as DEI nonsense."

All state contracts now must include revised language that makes clear that contractors must not pursue DEI initiatives that are inconsistent with Indiana's nondiscrimination laws. Attorney General Rokita is taking this action, in coordination with Governor MIke Braun and the Indiana Department of Administration, pursuant to his authority to review and approve all state contracts to ensure their compliance with state law.

Prohibitions on racial discrimination have long been included in all state contracts, as required by state law. The new subparagraph in state contracts concerning DEI practices clarifies and makes

explicit that Indiana's prohibition on contactors engaging in discrimination fully extends to DEI practices.

The revised contract language also makes clear that, if a state contractor is found operating any DEI programs that violate Indiana or federal civil rights laws — contrary to the terms of their contract with the state — then that contractor could be subject to enforcement action by the Attorney General under Indiana's False Claims Act.

Both Governor Braun and President Donald Trump have also taken aim at discriminatory DEI programs as they work to uphold the principle of equal opportunity for all.

Governor Braun issued an executive order on Jan. 14 this year forbidding executive branch state agencies from using state funds, property or resources to "support diversity, equity, and inclusion positions, departments, activities, procedures or programs if they grant preferential treatment based upon one person's particular race."

 "We must make every effort to ensure freedom and opportunity for all Hoosiers and with my decisive action by executive order, we have done just that," Governor Braun said. "Replacing divisive diversity, equity, and inclusion policies with those that reward merit, excellence, and innovation is foundational to our success and honors my commitment to a level playing field for all."

A week following Governor Braun's order, President Trump issued an executive order — titled "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" — in which he ordered federal agencies to require federal contractors to certify that they do not operate any programs promoting DEI that violate Federal anti-discrimination laws

The updated nondiscrimination provision affecting Indiana contractors — including the new Subparagraph B referencing DEI — can be viewed here.

A headshot of Attorney General Rokita is available for download.

###

  

###
#
This email was sent by: Indiana Attorney General

200 W. Washington St., Indianapolis, IN, 46204 US

**Privacy Notice**

**Manage Preferences**    **Unsubscribe**