# EXHIBIT F



*Playboy* pornography cover featuring then-citizen Donald Trump as patented by censor permissively before this court of competent jurisdiction.  What was the embarrassment of revealing everything and sharing his white power?

*\* Patel's pornographic content was invalidly deleted by Censor Sue in 2007, infringing on his property and liberty interests, in malicious disregard to the Civil Rights Act of 1866.*

*\*\* T.E.,E. Patel is precedent to Censor Sue and other censors under the Treaty of Paris (1783).  U.S. const. art. VI, § 1.*